IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY DEAN,                                     )<br>                                               )<br>       Plaintiff,                             )<br>                                               )<br>     vs.                                      )<br>                                               )<br>JASON KERR, Police Officer of                 )<br>the County of Hawai'i; SANDOR                 )<br>FINKEY, Police Officer of the                 )<br>County of Hawai'i; LOUIS HAO,                 )<br>district manager of the                       )<br>Department of Hawaiian Home                   )<br>Lands in the East District                    )<br>Puna, State of Hawai'i; KEN'S                 )<br>TOWING SERVICES INC.; KEN                     )<br>ANTONIO manager of Ken's                      )<br>Towing Services Inc.; JOHN                    )<br>DOES 1-10; JANE DOES 1-10;                    )<br>DOE PARTNERSHIPS 1-10; DOE                    )<br>CORPORATIONS 1-10; DOE                        )<br>GOVERNMENT ENTITIES 1-10;                     )<br>                                               )<br>       Defendants.                            )<br>_____ ) | Civ. No. 13-00093 ACK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

    Findings and Recommendation having been filed and served on all parties on June 03, 2013, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, under Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

"Findings and Recommendation To Dismiss This Action" (Doc. No. 18) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 24, 2013



_____
Alan C. Kay
Sr. United States District Judge

Dean v. Kerr, Civ. No. 13-00093 ACK BMK, Order Adopting Magistrate Judge's Findings and Recommendation